IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KELLY LAMONT OLIVER**                                                                 **PETITIONER**

v.                                      No. 5:13-cv-00010 KGB

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                          **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. Though petitioner filed a motion for extension of time to file an objection to the proposed Findings and Recommendations (Dkt. No. 11), which the Court granted (Dkt. No. 12), and a letter inquiring into the status of his case after the extended deadline to object (Dkt. No. 13), petitioner filed no objections. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of the denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 23rd day of September, 2013.

_____
Kristine G. Baker
United States District Judge